# THE BENDAU LAW FIRM, PLLC

## Exhibit H

1

Clifford P. Bendau, II (AZ Bar #030204)
Christopher J. Bendau (AZ Bar #032981)

2

THE BENDAU LAW FIRM PLLC
P.O. Box 97066

3

Phoenix, Arizona 85060
Telephone: (480) 382-5176

4

Facsimile: (480) 304-3805
Email: cliffordbendau@bendaulaw.com

5

        chris@bendaulaw.com
*Attorneys for Plaintiff*

6

7

## UNITED STATES DISTRICT COURT

8

## DISTRICT OF ARIZONA

9

**Ashley Thompson**,                        No.  2:17-CV-03819

10

                    Plaintiff,

11

vs.                                          **STATEMENT OF CONSULTATION**

12

**Arizona Movers and Storage, Inc.**, et al.  **(Assigned to the Honorable David G. Campbell)**

13

                    Defendants.

14

15

Per Local Rule LRCiv 54.2(b)(2), Plaintiff Ashley Thompson ("Plaintiff"), by

16

and through undersigned counsel ("Mr. Bendau), has attempted to consult with

17

Defendants' counsel ("Ms. Jo") on a good faith basis regarding Plaintiff's request for

18

19

attorneys' fees and costs.

20

On February 6, 2018, Mr. Bendau sent an email to Ms. Jo, offering to settle the

21

attorneys' fees issue for $6,000 in attorneys' fees.  (*See* email from Clifford P. Bendau,

22

II to Kelly Jo, and subsequent email responses, attached as "**Attachment 1**").  Plaintiff

23

left that settlement offer open for one week, until February 13, 2018.  *See id.*

24

25

On February 6, 2018, Ms. Jo responded stating that she did not believe Defendant

26

would increase his original offer of $2,000.00 until Plaintiff's counsel produced their

27

-1-

unredacted billing records. *Id.* Mr. Bendau again reached out to Ms. Jo on February 13, 2018, seeking a response to the demand for attorneys' fees. Ms. Jo stated that her client had not yet responded to her, and requested Mr. Bendau's unredacted billing records. *Id*. Mr. Bendau declined to provide the records. On February 15, 2018, Ms. Jo provided a response from her client, stating that he would only offer $2,500.00 to resolve the attorneys' fees issue unless Mr. Bendau provided Ms. Jo with his unredacted billing records. Upon receipt of the Defendants' counter offer, Mr. Bendau produced the unredacted billing records to Ms. Jo, and again asserted Plaintiff's offer to settle the attorneys' fees issue for $6,000.00, conditioned upon receipt of payment within one week by February 22, 2018. *Id*.

Despite Mr. Bendau providing the unredacted billing records and willingness to continue the dialogue on the attorneys' fees issue beyond the February 22, 2018 deadline, Defendants have not responded to Mr. Bendau's offer. Ms. Jo never communicated any counteroffer from the Defendants. As such, Mr. Bendau and Ms. Jo, after personal consultation and good faith efforts, were unable to satisfactorily resolve all disputed issues relating to attorneys' fees.

RESPECTFULLY SUBMITTED this 2nd Day of March, 2018.

THE BENDAU LAW FIRM, PLLC

/s/    *Clifford P. Bendau, II*
Clifford P. Bendau, II
Attorney for Plaintiff

1

2
### Certificate of Service

3        I certify that on this 2nd day of March 2018, I electronically transmitted the attached

4  document to the Clerk's Office using the CM/ECF system for filing and transmittal of a

5  Notice of Electronic Filing to the all parties by operation of the Court's electronic filing

6  system. The Parties may access this filing through the Court system.

7

8

9  /s/*Christopher J. Bendau*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# THE BENDAU LAW FIRM, PLLC

## Attachment 1

Gmail – Thompson v. Arizona Movers and Storage Inc.

 **Gmail**

Chris Bendau <chris.bendau@gmail.com>

## Thompson v. Arizona Movers and Storage Inc.

**Clifford Bendau** <cliffordbendau@bendaulaw.com>                    Tue, Feb 6, 2018 at 2:48 PM
To: Kelly Jo <k.jo@cantorinjurylawyers.com>
Cc: Chris Bendau <chris@bendaulaw.com>

Kelly,

Now that Judge Campbell has approved the settlement agreement and set a deadline for filing the attorneys' fees application, I wanted to reach out and discuss settlement of the attorneys' fees issue.

Prior to the parties' engaging in the limited litigation they did, we had demanded our client's full damages liquidated 3x, plus all costs, plus $9,000 in fees incurred and to-be-incurred.  You presented a counter of our client's full damages liquidated 3x, plus costs.  As part of that counter, your client offered either $2,000 in fees or for the parties to brief a fees application.  We immediately accepted your offer of damages-and-costs plus a fees application.

During our finalization of the settlement agreement and motion for approval, you had asked for a counter to the fees offer of $2,000, which I promised to provide upon settlement approval.

At this point, our lodestar has exceeded $10,000 and is rapidly approaching $12,000.  That lodestar is only going to increase (likely upwards of $15,000) if we are forced to draft and file the fees application.  Considering the stage of the case, and the damages involved, however, we recognize that the Court is not necessarily going to award our full request for $15,000 in fees without at least undertaking a serious effort to resolve the issue first.  That is what we would prefer to do.

Therefore, we offer to settle the fees issue for $6,000.  This offer is open until the close of business February 13, 2018, at which time we will need to begin drafting the application.  Please note that, if forced to draft and file the fees application, the FLSA and supporting case law authorize an award of fees for that time, too.

Please discuss this offer with your client and get back to us at your earliest convenience.  Thank you.

Regards,
Cliff


--
**BENDAU LAW**:

The Bendau Law Firm, PLLC
Clifford P. Bendau, II
Licensed in state & federal courts
in Arizona, Ohio, and Colorado
P.O. Box 97066
Phoenix, AZ 85060
www.bendaulaw.com
www.facebook.com/BendauLaw
www.twitter.com/BendauLaw
cliffordbendau@bendaulaw.com
*Phone*: (480) 382-5176
*Fax*: (480) 304-3805
*Cleveland*: (216) 395-4226

# M Gmail

Chris Bendau <chris.bendau@gmail.com>

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Kelly Jo** <k.jo@cantorinjurylawyers.com>                           Tue, Feb 6, 2018 at 6:06 PM
To: Clifford Bendau <cliffordbendau@bendaulaw.com>
Cc: Chris Bendau <chris@bendaulaw.com>, Amanda Henson <a.henson@cantorinjurylawyers.com>, Monica Safford
<m.safford@cantorinjurylawyers.com>

Cliff,


I will pass along your demand to my clients.  I don't think they will budge from their original offer of $2,000
until you produce an unredacted copy of the billing.



KJ



Kelly Jo
Attorney at Law



1 E Washington Street
Suite 1800
Phoenix, AZ 85004


www.cantorinjurylawyers.com

k.jo@cantorinjurylawyers.com
602-254-2701 phone

602-374-2751 fax


**Facebook** | **LinkedIn** | **Twitter**


**This Cantor Injury Lawyers, PLC e-mail message, and any attachment(s) hereto, are intended only for**

M Gmail                                                    Chris Bendau <chris.bendau@gmail.com>

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Clifford Bendau** <cliffordbendau@bendaulaw.com>                    Tue, Feb 6, 2018 at 6:54 PM
To: Kelly Jo <k.jo@cantorinjurylawyers.com>
Cc: Clifford Bendau <cliffordbendau@bendaulaw.com>, Chris Bendau <chris@bendaulaw.com>, Amanda Henson
<a.henson@cantorinjurylawyers.com>, Monica Safford <m.safford@cantorinjurylawyers.com>

Thanks Kelly–we look forward to receiving your clients' response.

Cliff
[Quoted text hidden]

 Gmail

# RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Clifford Bendau** <cliffordbendau@bendaulaw.com>                    Tue, Feb 13, 2018 at 12:10 PM
To: Clifford Bendau <cliffordbendau@bendaulaw.com>
Cc: Kelly Jo <k.jo@cantorinjurylawyers.com>, Chris Bendau <chris@bendaulaw.com>, Amanda Henson
<a.henson@cantorinjurylawyers.com>, Monica Safford <m.safford@cantorinjurylawyers.com>

Good afternoon Kelly,

We haven't heard back from you regarding our settlement offer on the fees issue.  Does your client have a response?

Thanks,
Cliff

[Quoted text hidden]

Gmail - RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees
Case 2:17-cv-03819-DGC    Document 32-8    Filed 03/02/18    Page 10 of 25
3/1/18, 10:31 AM



Chris Bendau <chris.bendau@gmail.com>

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Kelly Jo** <k.jo@cantorinjurylawyers.com>                     Tue, Feb 13, 2018 at 12:11 PM
To: Clifford Bendau <cliffordbendau@bendaulaw.com>
Cc: Chris Bendau <chris@bendaulaw.com>, Amanda Henson <a.henson@cantorinjurylawyers.com>, Monica Safford
<m.safford@cantorinjurylawyers.com>

Cliff,


I called him and sent a follow up email this morning.  Can you provide us an unredacted version of your billing,
please?


KJ


Kelly Jo
Attorney at Law



1 E Washington Street
Suite 1800
Phoenix, AZ 85004


www.cantorinjurylawyers.com

k.jo@cantorinjurylawyers.com
602-254-2701 phone

602-374-2751 fax


**Facebook** | **LinkedIn** | **Twitter**


**This Cantor Injury Lawyers, PLC e-mail message, and any attachment(s) hereto, are intended only for**

 Gmail

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Clifford Bendau** <cliffordbendau@bendaulaw.com>                    Tue, Feb 13, 2018 at 1:02 PM
To: Kelly Jo <k.jo@cantorinjurylawyers.com>
Cc: Clifford Bendau <cliffordbendau@bendaulaw.com>, Chris Bendau <chris@bendaulaw.com>, Amanda Henson
<a.henson@cantorinjurylawyers.com>, Monica Safford <m.safford@cantorinjurylawyers.com>

Kelly,

We appreciate your concern regarding the unredacted version, but in giving you redacted records, we have already given your clients insight into matters to which they are not otherwise entitled.

In other words, these records are sensitive, privileged, and confidential. We sent you the redacted version in a good faith effort to be sensitive to your clients' desire to ensure the legitimacy of our demand against protecting confidentiality and attorney-client privilege. If your clients want the unredacted records, then they will receive them in the briefing of a fees application.

Of course, since sending those redacted records, our billings have increased substantially. Nonetheless, we have taken more than a fair haircut on our fees in order to get this issue resolved. We would prefer not to make the court resolve the issue, but if that is an impossibility without the unredacted records, then that is what will have to happen.

Thanks,
Cliff
[Quoted text hidden]



Chris Bendau <chris.bendau@gmail.com>

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Kelly Jo** <k.jo@cantorinjurylawyers.com>                    Tue, Feb 13, 2018 at 1:10 PM
To: Clifford Bendau <cliffordbendau@bendaulaw.com>
Cc: Chris Bendau <chris@bendaulaw.com>, Amanda Henson <a.henson@cantorinjurylawyers.com>, Monica Safford
<m.safford@cantorinjurylawyers.com>

Cliff,


You will not be able to obtain an award of attorneys' fees from the court with redacted records.  The case is
settled, the only issue is the attorneys' fees, so there is no reason to withhold the records, now, especially since
they will eventually be produced.  I don't understand why you are concerned about the private production of
records that are "sensitive, privileged and confidential," but it is okay to file them as public documents in motion
for attorneys' fees.


The redacted version was not sent in "good faith."  It contained no information regarding the activities for which
you are claiming attorneys' fees.  Any additional "substantial billing" arises in large part from your
unwillingness to provide records you will otherwise be required to provide.


As soon as I hear back from my client regarding the attorneys' fees counteroffer, I will let you know.


KJ


Kelly Jo
Attorney at Law



1 E Washington Street
Suite 1800
Phoenix, AZ 85004


www.cantorinjurylawyers.com

 **Gmail**

<span style="color:gray">Chris Bendau <chris.bendau@gmail.com></span>

---

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Clifford Bendau** <cliffordbendau@bendaulaw.com>                    Tue, Feb 13, 2018 at 1:25 PM
To: Kelly Jo <k.jo@cantorinjurylawyers.com>
Cc: Clifford Bendau <cliffordbendau@bendaulaw.com>, Chris Bendau <chris@bendaulaw.com>, Amanda Henson
<a.henson@cantorinjurylawyers.com>, Monica Safford <m.safford@cantorinjurylawyers.com>

Kelly,

You are welcome to disagree with the appropriateness of the amount and extent of our billing. The proper forum for that disagreement is the briefing of an attorneys' fees application. Please provide any authority you have that requires us to divulge the content of our billing records prior to filing a fees application along with your clients' timely response to our offer.

Thanks,
Cliff
[Quoted text hidden]

 Gmail

Chris Bendau <chris.bendau@gmail.com>

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Clifford Bendau** <cliffordbendau@bendaulaw.com>                    Wed, Feb 14, 2018 at 11:21 AM
To: Clifford Bendau <cliffordbendau@bendaulaw.com>
Cc: Kelly Jo <k.jo@cantorinjurylawyers.com>, Chris Bendau <chris@bendaulaw.com>, Amanda Henson
<a.henson@cantorinjurylawyers.com>, Monica Safford <m.safford@cantorinjurylawyers.com>

Good morning Kelly,

Does your client have a response to our demand?  Thanks.

Cliff
[Quoted text hidden]



Chris Bendau <chris.bendau@gmail.com>

---

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Kelly Jo** <k.jo@cantorinjurylawyers.com>                Wed, Feb 14, 2018 at 11:55 AM
To: Clifford Bendau <cliffordbendau@bendaulaw.com>
Cc: Chris Bendau <chris@bendaulaw.com>, Amanda Gramlich <a.gramlich@cantorinjurylawyers.com>, Monica Safford
<m.safford@cantorinjurylawyers.com>

Cliff,


Not yet, as soon as I get a response I will  let you know.


KJ


Kelly Jo
Attorney at Law



1 E Washington Street
Suite 1800
Phoenix, AZ 85004


www.cantorinjurylawyers.com

k.jo@cantorinjurylawyers.com
602-254-2701 phone

602-374-2751 fax


**Facebook | LinkedIn | Twitter**


**This Cantor Injury Lawyers, PLC e-mail message, and any attachment(s) hereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information.**

 **Gmail**

<span style="color:gray">Chris Bendau <chris.bendau@gmail.com></span>

---

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

---

**Clifford Bendau** <cliffordbendau@bendaulaw.com>                    Wed, Feb 14, 2018 at 2:34 PM
To: Kelly Jo <k.jo@cantorinjurylawyers.com>
Cc: Clifford Bendau <cliffordbendau@bendaulaw.com>, Chris Bendau <chris@bendaulaw.com>, Amanda Gramlich <a.gramlich@cantorinjurylawyers.com>, Monica Safford <m.safford@cantorinjurylawyers.com>

Thank you, Kelly.  Please express to your clients the sense of urgency given our timeframe for filing the motion.

Cliff

[Quoted text hidden]

M **Gmail**

Chris Bendau <chris.bendau@gmail.com>

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Kelly Jo** <k.jo@cantorinjurylawyers.com>                    Thu, Feb 15, 2018 at 9:07 AM
To: Clifford Bendau <cliffordbendau@bendaulaw.com>
Cc: Chris Bendau <chris@bendaulaw.com>, Amanda Gramlich <a.gramlich@cantorinjurylawyers.com>, Monica Safford
<m.safford@cantorinjurylawyers.com>

Cliff,


Due to your refusal to provide us with any detail regarding the attorneys' fees, my client is only willing to offer
$2,500. Unless you produce the unredacted billing, you will have to file your motion for attorneys' fees if you
want more than $2,500. And then you can explain to the Court why you are forcing the defendant to engage in
unnecessary motion practice, and why you should not have your fees discounted by the amount of the attorneys'
fees incurred by the defendant because you refused to disclose the facts prior to filing the motion.



KJ


Kelly Jo
Attorney at Law



1 E Washington Street
Suite 1800
Phoenix, AZ 85004


www.cantorinjurylawyers.com

k.jo@cantorinjurylawyers.com
602-254-2701 phone

602-374-2751 fax


**Facebook** | **LinkedIn** | **Twitter**

# M Gmail

Chris Bendau <chris.bendau@gmail.com>

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Clifford Bendau** <cliffordbendau@bendaulaw.com>                Thu, Feb 15, 2018 at 10:39 AM
To: Kelly Jo <k.jo@cantorinjurylawyers.com>
Cc: Clifford Bendau <cliffordbendau@bendaulaw.com>, Chris Bendau <chris@bendaulaw.com>, Amanda Gramlich
<a.gramlich@cantorinjurylawyers.com>, Monica Safford <m.safford@cantorinjurylawyers.com>

Kelly,

After considering the issue with Chris, we have decided that we will send you the unredacted lodestar records,
through and including today.  I have attached those records to this email.

We offer to settle the attorneys' fees issue for $6,000, in the form of a cashier's check payable to The Bendau Law
Firm PLLC, to be delivered to us no later than the close of business one week from today, Thursday, February 22,
2018.

As stated previously, we would prefer to resolve this issue without filing the motion.  Please discuss with your client
and provide a response at your earliest convenience.  Thanks.

Best,
Cliff
[Quoted text hidden]

📄 **THOMPSON; UNREDACTED LODESTAR TO K. JO; 2-15-18.pdf**
   257K



Chris Bendau <chris.bendau@gmail.com>

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Kelly Jo** <k.jo@cantorinjurylawyers.com>                    Thu, Feb 15, 2018 at 11:58 AM
To: Clifford Bendau <cliffordbendau@bendaulaw.com>
Cc: Chris Bendau <chris@bendaulaw.com>, Amanda Gramlich <a.gramlich@cantorinjurylawyers.com>, Monica Safford
<m.safford@cantorinjurylawyers.com>

Cliff,

I will review, talk to my client, and get back to you.

KJ

Kelly Jo
Attorney at Law



1 E Washington Street
Suite 1800
Phoenix, AZ 85004

www.cantorinjurylawyers.com

k.jo@cantorinjurylawyers.com
602-254-2701 phone

602-374-2751 fax

Facebook | LinkedIn | Twitter

**This Cantor Injury Lawyers, PLC e-mail message, and any attachment(s) hereto, are intended only for
use by the addressee(s) named herein and may contain legally privileged and/or confidential information.**

 **Gmail**

Chris Bendau <chris.bendau@gmail.com>

---

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

---

**Clifford Bendau** <cliffordbendau@bendaulaw.com>                Thu, Feb 15, 2018 at 12:05 PM
To: Kelly Jo <k.jo@cantorinjurylawyers.com>
Cc: Clifford Bendau <cliffordbendau@bendaulaw.com>, Chris Bendau <chris@bendaulaw.com>, Amanda Gramlich
<a.gramlich@cantorinjurylawyers.com>, Monica Safford <m.safford@cantorinjurylawyers.com>

Thank you, Kelly.

[Quoted text hidden]

 Gmail

Chris Bendau <chris.bendau@gmail.com>

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Clifford Bendau** <cliffordbendau@bendaulaw.com>                    Tue, Feb 20, 2018 at 8:33 AM
To: Clifford Bendau <cliffordbendau@bendaulaw.com>
Cc: Kelly Jo <k.jo@cantorinjurylawyers.com>, Chris Bendau <chris@bendaulaw.com>, Amanda Gramlich
<a.gramlich@cantorinjurylawyers.com>, Monica Safford <m.safford@cantorinjurylawyers.com>

Good morning Kelly,

Does your client have a response to our demand?  Thanks.

Cliff

On Thu, Feb 15, 2018 at 12:05 PM, Clifford Bendau <cliffordbendau@bendaulaw.com> wrote:
  Thank you, Kelly.

  On Thu, Feb 15, 2018 at 11:58 AM, Kelly Jo <k.jo@cantorinjurylawyers.com> wrote:

    Cliff,


    I will review, talk to my client, and get back to you.


    KJ


    Kelly Jo
    Attorney at Law



    1 E Washington Street
    Suite 1800
    Phoenix, AZ 85004


    www.cantorinjurylawyers.com

    k.jo@cantorinjurylawyers.com
    602-254-2701 phone



Chris Bendau <chris.bendau@gmail.com>

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Kelly Jo** <k.jo@cantorinjurylawyers.com>                                    Tue, Feb 20, 2018 at 9:26 AM
To: Clifford Bendau <cliffordbendau@bendaulaw.com>
Cc: Chris Bendau <chris@bendaulaw.com>, Amanda Gramlich <a.gramlich@cantorinjurylawyers.com>, Monica Safford
<m.safford@cantorinjurylawyers.com>

Cliff,


I am working on it.  I talked with him on Friday, but I need authorization to respond.


KJ


Kelly Jo
Attorney at Law



1 E Washington Street
Suite 1800
Phoenix, AZ 85004


www.cantorinjurylawyers.com

k.jo@cantorinjurylawyers.com
602-254-2701 phone

602-374-2751 fax


**Facebook** | **LinkedIn** | **Twitter**


**This Cantor Injury Lawyers, PLC e-mail message, and any attachment(s) hereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information.**

 **Gmail**

Chris Bendau <chris.bendau@gmail.com>

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Clifford Bendau** <cliffordbendau@bendaulaw.com>                    Tue, Feb 20, 2018 at 11:31 AM
To: Kelly Jo <k.jo@cantorinjurylawyers.com>
Cc: Clifford Bendau <cliffordbendau@bendaulaw.com>, Chris Bendau <chris@bendaulaw.com>, Amanda Gramlich
<a.gramlich@cantorinjurylawyers.com>, Monica Safford <m.safford@cantorinjurylawyers.com>

  Thank you Kelly–we will look forward to your response.

  On Tue, Feb 20, 2018 at 9:26 AM, Kelly Jo <k.jo@cantorinjurylawyers.com> wrote:

    Cliff,


    I am working on it.  I talked with him on Friday, but I need authorization to respond.


    KJ


    Kelly Jo
    Attorney at Law



    1 E Washington Street
    Suite 1800
    Phoenix, AZ 85004


    www.cantorinjurylawyers.com

    k.jo@cantorinjurylawyers.com
    602-254-2701 phone

    602-374-2751 fax


    **Facebook** | **LinkedIn** | **Twitter**

 Gmail

Chris Bendau <chris.bendau@gmail.com>

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Clifford Bendau** <cliffordbendau@bendaulaw.com>                          Fri, Feb 23, 2018 at 11:51 AM
To: Clifford Bendau <cliffordbendau@bendaulaw.com>
Cc: Kelly Jo <k.jo@cantorinjurylawyers.com>, Chris Bendau <chris@bendaulaw.com>, Amanda Gramlich
<a.gramlich@cantorinjurylawyers.com>, Monica Safford <m.safford@cantorinjurylawyers.com>

Hi Kelly–I haven't heard back from you on this.  Have you made any headway with your client?  If we can't get this
resolved, I am going to need to begin drafting the fees motion.

Thanks,
Cliff

On Tue, Feb 20, 2018 at 11:31 AM, Clifford Bendau <cliffordbendau@bendaulaw.com> wrote:
  Thank you Kelly–we will look forward to your response.

  On Tue, Feb 20, 2018 at 9:26 AM, Kelly Jo <k.jo@cantorinjurylawyers.com> wrote:

    Cliff,


    I am working on it.  I talked with him on Friday, but I need authorization to respond.


    KJ


    Kelly Jo
    Attorney at Law

    

    1 E Washington Street
    Suite 1800
    Phoenix, AZ 85004


    www.cantorinjurylawyers.com

    k.jo@cantorinjurylawyers.com
    602-254-2701 phone

 **Gmail**

<span style="color:gray">Chris Bendau &lt;chris.bendau@gmail.com&gt;</span>

## RE: Thompson v. Arizona Movers and Storage Inc., attorneys' fees

**Kelly Jo** &lt;k.jo@cantorinjurylawyers.com&gt;                                          Mon, Feb 26, 2018 at 5:51 PM
To: Clifford Bendau &lt;cliffordbendau@bendaulaw.com&gt;
Cc: Chris Bendau &lt;chris@bendaulaw.com&gt;, Amanda Gramlich &lt;a.gramlich@cantorinjurylawyers.com&gt;, Monica Safford
&lt;m.safford@cantorinjurylawyers.com&gt;

Cliff,


Still no headway.  I am still trying, and I understand your concerns.


KJ


Kelly Jo
Attorney at Law



1 E Washington Street
Suite 1800
Phoenix, AZ 85004


www.cantorinjurylawyers.com

k.jo@cantorinjurylawyers.com
602-254-2701 phone

602-374-2751 fax


**Facebook | LinkedIn | Twitter**


**This Cantor Injury Lawyers, PLC e-mail message, and any attachment(s) hereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information.**