**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ashley Thompson,<br><br>                    Plaintiff,<br><br>vs.<br><br>Arizona Movers and Storage, Inc., et al.<br><br>                    Defendants. | No.  CV17-3819-PHX DGC<br><br>**JUDGMENT ON ATTORNEYS' FEES AND COSTS** |

This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Orders filed May 29, 2018 and August 15, 2018, judgment is entered in favor of Plaintiff's Counsel, Bendau & Bendau PLLC, and against Defendants, Arizona Movers and Storage, Inc. and Hashem Abouzeid, and each of them, in the amount of $11,473.50, plus interest accruing at the statutory rate of 2.45 % per annum on that amount from the date of this Judgment.

Dated this 17th day of August, 2018.

*David G. Campbell*
David G. Campbell
Senior United States District Judge